UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ALMIGHTY BLACKSTONE,

Plaintiff,

v.

SHERYL RAMSTAD HVASS,
JAMES H. BRUTON, R. MOORE,
SGT. BRAUM, SGT. SCHOEPKE,
TODD WHIPS, D. KNUTSON,
JUSTIN RUTTEN, DEAN FROJKER,
K. NEILY, B. RIVERS, J. RICKER,
M. PANTERA, JIM HANSON,
STEVE McCARTY, ART HOLT,
WAYNE JOYCE and MARK DJORICK,

Defendants.

CIVIL NO. 01-451 (DSD/JGL)

ORDER

This matter comes before the Court on Plaintiff's "Motion For Postponement," (Docket No. 6), by which he is seeking additional time to comply with the Court's prior order of March 16, 2001, (Docket No. 4). Plaintiff is asking the Court to extend the deadline for submitting marshal service forms (USM-285) and extra copies of the complaint, which the Marshal needs to perform service of process. The original deadline for submitting such materials was April 16, 2001, and Plaintiff is now asking to have that deadline extended to May 16, 2001.

Based upon the above, and upon all the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that:

FILED 4-6-01
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

1. Plaintiff's "Motion for Postponement," (Docket No. 6), is GRANTED; and

2. The deadline for furnishing the marshal service forms and extra copies of the complaint needed to effect service of process on Defendants is extended to May 16, 2001.

Dated: April 6, 2001

JONATHAN LEBEDOFF
United States Magistrate Judge