UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-451(DSD/JGL)

Almighty Blackstone,

Plaintiff,

v. **ORDER**

Sheryl Ramstad Hvass,
James H. Bruton, R. Moore,
Sgt. Braum, Sgt. Schoepke,
Todd Whips, D. Knutson,
Justin Rutten, Dean Frojker,
K. Neily, B. Rivers, J. Ricker,
M. Pantera, Jim Hanson,
Steve McCarty, Art Holt,
Wayne Joyce and mark Djorick,

Defendant.

Based upon the report and recommendation by United States Magistrate Judge Jonathan Lebedoff, all the files and records, and no objections having been filed to said report and recommendation;

**IT IS HEREBY ORDERED** that:

1. Plaintiff's claims against defendants Sheryl Ramstad Hvass, James H. Bruton, R. Moore, Sgt. Braum, Sgt. Schoepke, Todd Whips, D. Knutson, Justin Rutten, K. Neily, B. Rivers, J. Ricker, Jim Hanson, Wayne Joyce, and Mark Djorick are dismissed pursuant to 28 U.S.C. § 1915A(b); and

FILED 7-25-01
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______

2. Plaintiff's claims against the remaining defendants shall be allowed to proceed at this time, without prejudice to any defenses that such defendants may later seek to raise.

Dated: July 24, 2001

Judge David S. Doty
United States District Court