**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**ALMIGHTY BLACKSTONE a/k/a LERMON DAYONNE RUSSELL,**

Petitioner,

v.

**DEAN FROJKEC, M. PANTERA, STEVE McCARTY, and ART HOLT,**

Respondents.

Civil No. 01-451 (DSD/JGL)

**REPORT AND RECOMMENDATION**

---

APPEARANCES

Almighty Blackstone, pro se.

Jennifer Kathleen Park, Esq., Assistant Minnesota Attorney General, for Respondents.

---

JONATHAN LEBEDOFF, United States Magistrate Judge

The above-entitled matter is before the undersigned Magistrate Judge of District Court on Petitioner Almighty Blackstone's Motion to Dismiss Without Prejudice (Doc. No. 18). The matter has been referred to the undersigned for a Report and Recommendation pursuant 28 U.S.C. § 636 and D. Minn. LR 72.1(c).

## I. FACTUAL AND PROCEDURAL BACKGROUND

Petitioner Blackstone alleges that his federal constitutional rights were violated during the course of three incidents which occurred at the Minnesota Correctional Facility, Oak Park Heights, where he was a prisoner.

FILED 11-8-01
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Based on these alleged violations, Petitioner filed claims against eighteen people. In an Order dated July 21, 2001, The Honorable Judge David S. Doty dismissed the claims against fourteen of the Defendants, but allowed Petitioner's claims against the remaining Defendants to proceed. (Doc. No. 14.) In a motion filed September 20, 2001, Petitioner now seeks to have his case against the remaining four Defendants dismissed without prejudice.

## II. DISCUSSION

Under the Federal Rules of Civil Procedure, once a Defendant has filed either an answer or a motion for summary judgment, a Plaintiff's claim may be dismissed only upon a court order. See Fed. R. Civ. P. 41(a)(2). When dismissing a case under the Rule, the Court may impose "such terms and conditions as thc court deems proper." Id. Unless otherwise specified in the Order, a dismissal under Rule 41(a)(2) is without prejudice. See id.

Defendants have filed an answer in this case. (Doc. No. 11). Petitioner now seeks to dismiss the case because he has been denied access to the legal papers, books, and documents necessary for litigating his claims. Petitioner has been moved to the Minnesota Correctional Facility at Stillwater, Minnesota. However, his personal property, including his legal material, remains at the Minnesota Correctional Facility at Oak Park Heights, Minnesota. Petitioner does not know when he will be allowed access to his personal property. Defendants were served a copy of Petitioner's motion and have filed no objections. Therefore, it is recommended that Petitioner's Motion

to Dismiss Without Prejudice be granted as to his actions against the four remaining Defendants: Dean Frojkec, M. Pantera, Steve McCarty, and Art Holt.

Based upon the above, and upon all the files, records, and proceedings herein, **IT IS HEREBY RECOMMENDED** that Petitioner Almighty Blackstone's Motion to Dismiss Without Prejudice (Doc. No. 18) be **GRANTED**.

Dated: November 8, 2001.

JONATHAN LEBEDOFF
United States Magistrate Judge

Pursuant to D. Minn. LR 72.1(c)(2), any party may object to this Report and Recommendation by filing with the Clerk of Court and serving all parties by NOV. 28, 2001, with a copy of written objections which specifically identify the portions of the Report or Recommendation to which objection is being made, the basis for the objection(s), and a brief in support thereof. A party may respond to the objecting party's brief within ten days after service thereof. All briefs filed under this rule shall be limited to ten pages. A District Judge shall make a de novo determination of those portions to which objection is made. Failure to comply with this procedure shall operate as a forfeiture of the objecting party's right to seek review in the United States Court of Appeals for the Eighth Circuit.