**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**ALMIGHTY BLACKSTONE a/k/a LERMON DAYONNE RUSSELL,**

Petitioner,

v.

**DEAN FROJKEC, M. PANTERA, STEVE McCARTY, and ART HOLT,**

Respondents.

Civil No. 01-451 (DSD/JGL)

**ORDER**

---

APPEARANCES

Almighty Blackstone, pro se.

Jennifer Kathleen Park, Esq., Assistant Minnesota Attorney General, for Respondents.

---

JONATHAN LEBEDOFF, United States Magistrate Judge

The above-entitled matter is before the undersigned Magistrate Judge of District Court on Petitioner Almighty Blackstone's Motions for Injunctive Relief (Doc. No. 5) and for Appointment of Counsel (Doc. No. 15). The matter has been referred to the undersigned pursuant 28 U.S.C. § 636 and D. Minn. LR 72.1(c).

## I. FACTUAL AND PROCEDURAL BACKGROUND

Petitioner Blackstone alleges that his federal constitutional rights were violated during the course of three incidents which occurred at the Minnesota Correctional Facility, Oak Park Heights, where he was a prisoner. Based on these alleged violations, Petitioner filed claims against eighteen

FILED 11-8-01
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

people. In an Order dated July 21, 2001, The Honorable Judge David S. Doty, United States District Court for the District of Minnesota, dismissed the claims against fourteen of the Defendants, but allowed Petitioner's claims against the remaining Defendants to proceed. (Doc. No. 14.)

On September 20, 2001, Petitioner filed a Motion to Dismiss Without Prejudice. (Doc. No. 18.) In light of the motion to dismiss, Petitioner's instant motions are denied as moot.

Based upon the above, and upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

(1) Petitioner Almighty Blackstone's Motion for Injunctive Relief (Doc. No. 5) is **DENIED AS MOOT**; and

(2) Petitioner Almighty Blackstone's Motion for Appointment of Counsel (Doc. No. 15) is **DENIED AS MOOT**.

Dated: November 8, 2001.

JONATHAN LEBEDOFF
United States Magistrate Judge